```
FILED
CLERK, U.S. DISTRICT COURT

9/30/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br>v.<br>DANIEL WAYNE HOLLINGSWORTH,<br>    DEFENDANT(S) | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.:  2:21-mj-04298 -DUTY |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **DANIEL WAYNE HOLLINGSWORTH** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Forcibly Assaulting, Resisting, Opposing, or Impeding a Federal Officer, in violation of Title 18, United States Code, Section 111(a)(1), (b).

REC: BY AUSA RACHEL N. AGRESS          Detention

9/16/21                                  Hon. Charles F. Eick
Date                                     Name of Magistrate Judge

                                         [signature]
                                         Signature of Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at (location):

1 EAST REGENT ST., INGLEWOOD, CA 90301

| DATE RECEIVED<br>09/16/2021 | NAME AND TITLE OF ARRESTING OFFICER<br>ALBERT KEI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>09/16/2021 | SPECIAL AGENT | [signature] |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

WARRANT FOR ARREST ON COMPLAINT                                    Page 1 of 2

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| W | M | 6'7" | 265 | GRAY | BROWN | | |
| DATE OF BIRTH: | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | | DRIVER'S LICENSE NO. | ISSUING STATE |
| 08/21/1973 | | SALEM, OR | | 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 | | F7450303 | CA |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| N/A | | N/A | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING STATE |
| UNK | UNK | UNK | | UNK | | UNK | UNK |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|
| 425 E. 99TH ST. INGLEWOOD, CA 90301 | BLADEWORK GAMES 2049 CENTURY PARK E. #2600 LOS ANGELES, CA 90067 |

**FBI NUMBER:** 487562CB9

**ADDITIONAL INFORMATION:**
N/A

| INVESTIGATIVE AGENCY NAME: | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|
| UNITED STATES SECRET SERVICE | 725 S. FIGUEROA ST. #1300 LOS ANGELES, CA 90017 |

**NOTES:**
N/A