**FILED**
CLERK, U.S. DISTRICT COURT
10/1/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>DANIEL WAYNE HOLLINGSWORTH,<br><br>              Defendant. | CR  2:21-cr-00464-MWF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 115(a)(1)(B): Threatening Federal Officers and Employees; 18 U.S.C. §§ 111(a)(1), (b): Assault on Federal Officers Resulting in Bodily Injury] |
|---|---|

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 115(a)(1)(B)]

On or about September 10, 2021, in Los Angeles County, within the Central District of California, defendant DANIEL WAYNE HOLLINGSWORTH knowingly threatened to assault and murder United States Secret Service agents, with the intent to impede, intimidate, and interfere with the agents while the agents were engaged in the performance of official duties, and with the intent to retaliate against those agents on account of the performance of official duties.

COUNT TWO

[18 U.S.C. §§ 111(a)(1), (b)]

On or about September 14, 2021, in Los Angeles County, within the Central District of California, defendant DANIEL WAYNE HOLLINGSWORTH intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim K.H., a Special Agent of the United States Secret Service, and in doing so, made physical contact with K.H., while K.H. was engaged in, and on account of, the performance of K.H.'s official duties, resulting in the infliction of bodily injury.

COUNT THREE

[18 U.S.C. §§ 111(a)(1), (b)]

On or about September 14, 2021, in Los Angeles County, within the Central District of California, defendant DANIEL WAYNE HOLLINGSWORTH intentionally and forcibly resisted, opposed, impeded, intimidated, and interfered with victim B.V., a Special Agent of the United States Secret Service, and in doing so, made physical contact with B.V., while B.V. was engaged in, and on account of, the performance of B.V.'s official duties, resulting in the infliction of bodily injury.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

RACHEL N. AGRESS
Assistant United States Attorney
General Crimes Section