# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:21-CR-00464          Recorder: CS 10/07/2021          Date: 10/07/2021

Present: The Honorable Margo A. Rocconi, U.S. Magistrate Judge

Court Clerk: Erica Bustos                    Assistant U.S. Attorney: Laura Alexander by VTC

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| DANIEL WAYNE HOLLINGSWORTH, Reg # 65462-509<br>    CUSTODY-PRESENT BY VTC | RAMANUJAN DESIKAN NADADUR DFPD BY VTC | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Michael W. Fitzgerald.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 11/23/2021 at 8:30 AM
Status Conference 10/25/2021 at 3:00 PM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: EB by TRB

cc: Statistics Clerk, PSALA USMLA