```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SURIA M. BAHADUE (Cal. Bar No. pending)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5487
     Facsimile: (213) 894-0141
     E-mail:    suria.bahadue@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00464-MWF |
|---|---|
| Plaintiff, | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| v. | |
| DANIEL WAYNE HOLLINGSWORTH, | |
| Defendant. | |

Plaintiff, United States of America, by and through plaintiff's counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Suria M. Bahadue, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

//

//

//

//

|  | Name | E-mail Address |
|---|---|---|
| Previously Assigned AUSA | Rachel N. Agress | rachel.agress@usdoj.gov |
| Newly Assigned AUSA | Suria M. Bahadue | suria.bahadue@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA, Suria M. Bahadue, is associated with this case as attorney of record for plaintiff and that she receives all e-mails relating to filings in this case.

Dated: October 15, 2021            Respectfully submitted,

                                   TRACY L. WILKISON
                                   Acting United States Attorney

                                   SCOTT M. GARRINGER
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                        /s/ *Suria M. Bahadue*
                                   SURIA M. BAHADUE
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA